UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

FILED
AUG 05 2015
JULIE RICHARDS JOHNSTON, CLERK
US DISTRICT COURT, EDNC
BY _____ DEP CLK

CASE NO: 5:15-MJ-1856-JG

UNITED STATES OF AMERICA )
)
V. )
) CRIMINAL INFORMATION
DANNY MASON )
)

Defendant:

The United States Attorney charges:

## COUNT ONE

THAT, on or about APRIL 3, 2015, on the Fort Bragg Military Reservation, an area within the special maritime and territorial jurisdiction of the United States and within the Eastern District of North Carolina, DANNY MASON, did operate a motor vehicle upon a street, highway, or public vehicular area after having consumed sufficient alcohol that he had, at a relevant time after driving, a blood alcohol concentration of 0.08% or more; in violation of Title 18, United States Code, Section 13, assimilating North Carolina General Statute 20-138.1.

THOMAS G. WALKER
UNITED STATES ATTORNEY

BY: _____
JOHN T. BENNETT
Special Assistant
United States Attorney
XVIII Airborne Corps & Ft Bragg
Fort Bragg, NC 28307-5000
(910) 396-1221/1222