IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

CASE NO: 5:15-MJ-1856

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br><br>V.<br><br>**DANNY MASON**<br>          **Defendant.** | **NOTICE OF APPEARANCE** |

The undersigned attorney gives notice to the Court that he has been retained to represent the Defendant, **DANNY MASON** above-entitled matter, and pursuant thereto will appear in this action as counsel of record for this Defendant.

RESPECTFULLY SUBMITTED, this 8TH day of SEPTEMBER 2015

          BY:   /S/ David T. Courie
          Attorney for Defendant
          Beaver Courie Sternlicht Hearp & Broadfoot, P.A.
          230 Green Street
          P. O. Drawer 2275
          Fayetteville, NC  28302
          Telephone: (9l0) 323-4600
          Facsimile:   (910) 323-3403
          E-mail:  dtc@beavercourie.com
          North Carolina State Bar No. 24180
          Retained Counsel

<u>CERTIFICATE OF SERVICE</u>

       I, David T. Courie, attorney for the Defendant in the above-referenced matter, do hereby certify that I have this date served a copy of the foregoing document by electronic filing on:

Department of the Army
Headquarters, XVIII Airborne Corps and Fort Bragg
Fort Bragg, NC 28310

       RESPECTFULLY SUBMITTED, this 8TH day of AUGUST, 2015

       BY:   /S/ David T. Courie
       Attorney for Defendant
       Beaver Courie Sternlicht Hearp & Broadfoot, P.A.
       230 Green Street
       P. O. Drawer 2275
       Fayetteville, NC  28302
       Telephone: (9l0) 323-4600
       Facsimile:  (910) 323-3403
       E-mail:  dtc@beavercourie.com
       North Carolina State Bar No. 24180
       Retained Counsel